Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket 6:11-mj-0052-MJS |
| Plaintiff, | ) | MOTION TO DISMISS; AND ORDER THEREON |
| v. | ) | |
| DENNIS R. SHAPLAND, | ) | |
| Defendant. | ) | |

    Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby requests that the complaint against the Defendant be dismissed in the interest of justice and moves the Court for an order of dismissal without prejudice.

    Dated: July 10, 2011 .                  NATIONAL PARK SERVICE

                                                    /S/ Susan St. Vincent
                                                    Susan St. Vincent
                                                    Acting Legal Officer

**ORDER**

IT IS SO ORDERED.

Dated:   July 11, 2011                        /s/ *Michael J. Seng*
                                             UNITED STATES MAGISTRATE JUDGE